Case 2:19-cv-00024   Document 27   Filed on 12/23/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **SONNY GONZALES,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**TIERRA LEASE SERVICE, LLC.,**<br><br>Defendant. | Case No. 2:19-cv-24<br><br>**Jury Demanded** |

## ORDER GRANTING AGREED MOTION TO APPROVE SETTLEMENT

Pending before this Court is the Parties' Agreed Motion to Approve Settlement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists for approving the FLSA settlement and dismissing this case with prejudice. Accordingly, the Motion is hereby GRANTED.

Signed on this _____ day of __12/23/19__, 2019.

_____
U.S. DISTRICT JUDGE