United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SONNY GONZALES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-024 |
| § | |
| TIERRA LEASE SERVICE, LLC, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the Order Granting Agreed Motion to Approve Settlement (D.E. 27), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 8th day of January, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE